FRED KURLANDER, SB#33882
KURLANDER & BURTON
100 Bush Street, Suite 2150
San Francisco, California 94104
Telephone: (415) 392-8920
Facsimile: (415) 392-8921

Attorneys for Plaintiff
JAMILA ADISA

ROBERT A. FORD, SB# 056311
PAMELA M. FERGUSON, SB# 202587
LAURA NEAGLEY, SB# 239645
LEWIS BRISBOIS BISGAARD & SMITH LLP
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant
HERMAN MILLER, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMILA ADISA,<br><br>    Plaintiff,<br><br>v.<br><br>HERMAN MILLER, INC. and DOES 1 through 100,<br><br>    Defendant. | CASE NO. C 06-07308 MEJ<br><br>**STIPULATION RE SELECTION OF PRIVATE MEDIATOR;** [PROPOSED] **ORDER**<br><br>Action Filed: August 24, 2006<br>Trial Date: March 10, 2008 |

The Court ordered the parties to mediate this matter before Mediator Samuel F. Barnum. Instead, the parties to the above-entitled action have agreed to mediate the case before private mediator Charlotte Venner. The parties tentatively agreed to mediate this matter on May 30, 2007, depending on Charlotte Venner's availability.

///

///

4841-4022-0929.1

USDC, ND CASE NO. NO. C 06-07308 MEJ - STIPULATION RE PRIVATE MEDIATOR AND [PROPOSED] ORDER

1

1  The parties hereby submit this Stipulation and request the Court to issue an order to allow the
2  parties to mediate this matter before private mediator Charlotte Vener instead of Samuel F. Barnum.
3
4
5  Dated: April 4, 2007                                    LEWIS BRISBOIS BISGAARD & SMITH LLP
6
7                                                          By: _____
                                                               ROBERT A. FORD
8                                                              PAMELA M. FERGUSON
                                                               LAURA C. NEAGLEY
9                                                              Attorneys for Defendant
                                                               HERMAN MILLER, INC.
10
11
    Dated: April __, 2007                                  KURLANDER & BURTON
12
13
14                                                         By: _____
                                                               FRED L. KURLANDER
15                                                             Attorneys for Plaintiff
                                                               JAMILA ADISA
16
17
18
19
20
21
22
23
24
25
26
27
28

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

The parties hereby submit this Stipulation and request the Court to issue an order to allow the parties to mediate this matter before private mediator Charlotte Vener instead of Samuel F. Barnum.

Dated: April 4, 2007

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Robert Ford
ROBERT A. FORD
PAMELA M. FERGUSON
LAURA C. NEAGLEY
Attorneys for Defendant
HERMAN MILLER, INC.

Dated: April 4, 2007

KURLANDER & BURTON

By: /s/ Fred Kurlander
FRED L. KURLANDER
Attorneys for Plaintiff
JAMILA ADISA

# [PROPOSED] ORDER

Pursuant to the stipulation of the parties to this action, the Court orders that the parties will use private mediator Charlotte Venner to mediate this matter. The parties will attempt, conditioned on Charlotte Venner's availability, to commence the mediation on May 30, 2007.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 10, 2007

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

4841-4022-0929.1     3
USDC, ND CASE NO. NO. C 06-07308 MEJ  -  STIPULATION RE PRIVATE MEDIATOR AND [PROPOSED] ORDER

# PROOF OF SERVICE
**Adisa v. Herman Miller, Inc., et al**
USDC Northern District Case No. C 06-07308 MEJ

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is One Sansome Street, Suite 1400, San Francisco, California 94104.

On April 5, 2007, I served the following document described as

**STIPULATION RE SELECTION OF PRIVATE MEDIATOR; [PROPOSED] ORDER**

on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

| PLAINTIFF'S COUNSEL | TELEPHONE/FAX: |
|---|---|
| Fred L. Kurlander, Esq.<br>KURLANDER & BURTON<br>100 Bush Street, Suite 2150<br>San Francisco, CA 94104 | Tel: (415) 392-8920<br>Fax: (415) 392-8921 |

[ ] (BY FACSIMILE) The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a record of the transmission.

[X] (BY MAIL, 1013a, 2015.5 C.C.P.)

[ ] I deposited such envelope in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

[X] I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] (BY OVERNIGHT DELIVERY/COURIER)

[ ] I delivered such envelope to an authorized courier or driver authorized by the express service carrier to receive documents in an envelope or package designated by the express service carrier with delivery fees provided for.

[ ] I deposited such envelope in a box or facility regularly maintained by the express service carrier in an envelope or package designated by the express service carrier with delivery fees provided for.

[ ] (BY MESSENGER) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and providing them to a messenger

4846-1914-4961.1

PROOF OF SERVICE

**PROOF OF SERVICE**
<u>Adisa v. Herman Miller, Inc., et al</u>
USDC Northern District Case No. C 06-07308 MEJ

for personal service. (A proof of service executed by the messenger will be filed in compliance with the *Code of Civil Procedure*.)

[ ]  (BY PERSONAL SERVICE) I delivered the foregoing envelope by hand to the offices of the addressee.

[X]  (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ]  (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 5, 2007, at San Francisco, California.

_____
REBECCA B. MANCE

4846-1914-4961.1

PROOF OF SERVICE