Fred L. Kurlander, Esq.    S.B. 33882
Robert G. Burton, Esq.     S.B. 88016
LAW OFFICES OF KURLANDER & BURTON
100 Bush Street, Suite 2150
San Francisco, CA 94104

Telephone No.:    415-392-8920
Facsimile No.:    415-392-8921

Attorneys for Plaintiff:
Jamilla Adisa

### UNITED STATES DISTRICT COURT
### NORTHEN DISTRICT OF CALIFORNIA
### NORTHERN DIVISION

| | |
|---|---|
| JAMILA ADISA, | CASE NO.:   C 06-07308 MEJ |
| Plaintiff, | Action Filed: August 24, 2006 |
| v | (*In San Francisco Superior Court Court Case No.  CGC-06-455516*) |
| HERMAN MILLER, INC., DOES 1 to 100, | |
| Defendant. | STIPULATION FOR DISMISSAL |

We, the undersigned attorneys for all parties who have appeared in this action, do hereby stipulation, that the foregoing action may be dismissed with prejudice pursuant to Rule 41(A)(1)(ii), Federal Rules of Civil Procedure, each party to bear its own costs, and the Court may enter an order accordingly.

KURLANDER & BURTON

_____
Fred L. Kurlander, Esq.
Attorney for Plaintiff

LEWIS BRISBOIS BISGAARD & SMITH

_____
Laura C. Smith, Esq.
Attorney for Defendant

**IT IS SO ORDERED**

Dated: November 5, 2007

_____
United States District Judge

STIPULATION FOR DISMISSAL